UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDALIA RODRIGUEZ and JUAN ALCALA, on behalf of themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WESTERN MESQUITE MINES, INC., a Nevada Corporation; NEW GOLD, INC., a Canadian Corporation; and DOES 1 THROUGH 150, Inclusive,<br><br>    Defendants. | CASE NO. 11CV0330 MMA (POR)<br><br>**AMENDED ORDER:**<br><br>**(1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS;**<br><br>**(2) PRELIMINARILY APPROVING PROPOSED SETTLEMENT;**<br><br>**(3) APPOINTING CLASS REPRESENTATIVES, CLASS COUNSEL, AND SETTLEMENT ADMINISTRATOR;**<br><br>**(4) APPROVING FORMS OF NOTICE OF PROPOSED CLASS ACTION SETTLEMENT, NOTICE OF INDIVIDUAL WEEKS WORKED, AND REQUEST FOR EXCLUSION; AND,**<br><br>**(5) SETTING HEARING FOR FINAL APPROVAL OF SETTLEMENT** |

On November 15, 2011, the Court issued an [Doc. No. 25] Order granting Plaintiffs Medalia Rodriguez and Juan Alcala ("Plaintiffs"), on behalf of themselves and others similarly situated, and Defendants Western Mesquite Mines, Inc., New Gold, Inc. and Does 1-150 (collectively, "Defendants") [Doc. No. 23] joint motion for conditional certification of a settlement class in this action, preliminary approval of the parties' proposed settlement, approval of the Notice of Proposed Class Action Settlement, the Notice of Individual Weeks Worked, and the Request for Exclusion, and the setting of a date for the hearing on final approval of the settlement.

The Court hereby **AMENDS** the November 15, 2011 Order for the following discrete purposes: (1) to correct the description of the Settlement Class, *infra para.* 5, to reflect the accurate class period; and (2) to reset the Final Approval Hearing for a date that allows full compliance with the schedule of events set forth below, *infra para.* 10.

✸ ✸ ✸

## AMENDED ORDER

The Court having read and considered the papers on the motion, good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Court **GRANTS** preliminary approval of the settlement based upon the terms set forth in the parties Stipulation of Settlement and Release ("Settlement Agreement") filed herewith. The settlement appears to be fair, adequate, and reasonable to the class;

2. The settlement falls within the range of reasonableness, appears to be the product of arm's-length and informed negotiations, appears to be presumptively valid, subject only to any objections that may be raised at the final hearing, and appears intended to treat all Class Members fairly;

3. The Court approves, as to form and content, the Notice of Proposed Class Action Settlement, attached as Exhibit 1 to the Settlement Stipulation, the Notice of Individual Weeks Worked, attached as Exhibit 2 to the Settlement Stipulation, and the Request for Exclusion form, attached as Exhibit 3 to the Settlement Stipulation;

4. The Court directs the mailing of the Notice of Proposed Class Action Settlement, Notice of Individual Weeks Worked, and the Request for Exclusion by first class mail to the class members in accordance with the schedule set forth below. The Court finds that the dates selected for the mailing and distribution of those documents, as set forth herein, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto;

5. It is ordered that the settlement class is preliminarily certified for settlement purposes only, which class is described as: "All current and former non-exempt employees of Defendant Western Mesquite Mine, Inc., in Brawley, California, between February 16, 2007 and the date of preliminary approval". In preliminarily certifying the class for settlement purposes, the Court finds that all of the requirements for class certification as set forth in Federal Rule of Civil Procedure 23 are satisfied based upon the allegations of the complaint and the evidence provided to the Court, subject to further consideration at the Final Approval Hearing after distribution of notice to the members of the Settlement Class as set forth below. In the event the proposed settlement is not consummated for any reason, the conditional certification set forth in this paragraph shall be of no further force or effect;

1     6.     The Court confirms Philip A. Downey, Anthony N. Luti and Dennis P.
2 Wilson, have fairly and adequately represented the interests of the Settlement Class,
3 will continue to do so and therefore pursuant to Federal Rule of Civil Procedure
4 23(g)(1), are hereby appointed class counsel for purposes of representing the
5 Settlement Class conditionally certified in this Order.  The Court **GRANTS**
6 preliminary approval to an award of attorneys' fees to class counsel in an amount
7 not to exceed $437,500, plus costs not to exceed $30,000, both of which to be set
8 on motion;

9     7.     The Court confirms Medalia Rodriguez and Juan Alcala have fairly
10 and adequately represented the interests of the Settlement Class, will continue to do
11 so and therefore pursuant to Federal Rule of Civil Procedure 23(a)(4), are hereby
12 appointed as the class representatives.  The Court **GRANTS** preliminary approval
13 to a proposed service payment to them of $5,000 each, which amount is to be set on
14 motion;

15     8.     The Court confirms CPT Group as the settlement administrator and
16 grants preliminary approval of the reasonable costs of administration payable to
17 CPT Group in an amount not to exceed $20,000; and,

18     9.     The Court **GRANTS** preliminary approval of the Public Attorneys
19 General Act payment of $3,750 to the Labor Work Force Development Agency.

20     10.    The Court orders the following schedule for the specified
21 actions/further proceedings:

| EVENT | TIMING |
| --- | --- |
| Last day for Defendants to provide to Settlement Administrator a database of all Settlement Class Members, including names, last known addresses, social security numbers, and individual work weeks | Within 21 days after entry of Court's Order granting preliminary approval of Settlement |

| EVENT | TIMING |
|---|---|
| Last day for Settlement Administrator to mail Notices to Settlement Class Members | Within 21 days after Settlement Administrator's receipt of database |
| Last day for Settlement Class Members to submit Request for Exclusion form | Within 30 days after mailing of class Notice |
| Last day for Settlement Administrator to provide to Defendants' counsel and Class Counsel copies of all Request for Exclusion forms, and a W-9 Form | No later than 10 days after the last day for Settlement Class Members to Request for Exclusion forms (within 10 days of receipt) |
| Last day for filing and service of moving papers in support of final Settlement approval and request for attorneys' fees and costs | At least 30 days after last day for Settlement Class Members to submit Request for Exclusion forms and at least 21 days before the Final Settlement hearing |
| Last day for Class Counsel to provide the Court with a declaration by the Settlement Administrator specifying the due diligence undertaken with regard to the mailing of the Notice | At least 10 days prior to the final Settlement approval hearing |
| Final Settlement approval hearing | ***March 19, 2012 at 3:00 p.m.*** |

| EVENT | TIMING |
|---|---|
| Last day for Defendants to make payment to Settlement Administrator for individual settlements, court-approved attorney's fees and costs, service payments to Plaintiffs, LWDA payment and Settlement Administrator's fees | 21 days after entry of Court Order granting final Settlement approval, or, if there is any objection to the settlement, within 21 days after expiration of the time to file appeals or the resolution of any appeals filed, unless Defendants request and Class Counsel agrees to additional time, which agreement will not be unreasonably withheld |
| Last day for Settlement Administrator to mail payments to individual Settlement Class Members | No later than 14 calendar days after receipt of the funds from Defendants |
| Dismissal of action with prejudice | Upon filing of proof that timely claims have been paid |

11. A final hearing will be held on ***March 19, 2012 at 3:00 p.m***., in Courtroom 5, 940 Front Street, San Diego, CA 92101, to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider the request of Plaintiffs for Class Representative Service payments to each of them, and Class Counsel's request for the Class Counsel Fees Payments and Class Counsel Litigation Expenses Payments. Class Members and their counsel may support or oppose the Settlement and the motion for awards of the Class Representative Payments, the Class Counsel Fees Payments, and the Class Counsel Litigation Expenses Payments, if they so desire, as set forth in the Class Notice.

1    12.    The Court reserves the right to continue the date of the final approval
2    hearing without further notice to Class Members. The Court retains jurisdiction to
3    consider all further applications arising out of or in connection with the Settlement.

**IT IS SO ORDERED**.

Dated:  November 16, 2011.

_____
Hon. Michael M. Anello
United States District Judge